UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| **NITTI CUSTOM BUILDERS AND DEVELOPER** | ) | Bankruptcy Case No. 14-26414 JSB |
| | ) | |
| | ) | |
| Debtors. | ) | |

## CERTIFICATE OF SERVICE

The undersigned certifies that on March 28, 2017, I served by prepaid first class mail or via electronic service as indicated a copy of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) on all parties listed below at the addresses contained therein.

**VIA ECF SERVICE**

Patrick S. Layng
US Trustee
219 S. Dearborn Street
Room 873
Chicago, IL 60604

JOHN S. BIALLAS
3N918 SUNRISE LANE
St Charles, IL 60174

Vincent and Donna Robertelli
c/o Gina Krol
105 W Madison Street, Ste.1100
Chicago, IL 60602

**VIA REGULAR MAIL**

NITTI CUSTOM BUILDERS AND DEVELOPER
115 CARMELA CT.
BLOOMINGDALE, IL 60108

Village of Bloomingdale
201 S. Bloomingdale Road
Bloomingdale, IL 60108-1487

/s/ DAVID R. BROWN, TRUSTEE
DAVID R. BROWN, Trustee
300 S. County Farm Rd., Ste.I
Wheaton, IL 60187
(630) 510-0000