**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re:  NITTI CUSTOM BUILDERS AND  § Case No. 14-26414
         DEVELOPER                                  §
                                                                §
                                                                §
                                                                §
         Debtor(s)

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

David R. Brown, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $0.00 | Assets Exempt: | N/A |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $81,063.17 | Claims Discharged Without Payment: | N/A |
| Total Expenses of Administration: | $56,436.83 | | |

3) Total gross receipts of $137,500.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $137,500.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR ( 10 /1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $56,436.83 | $56,436.83 | $56,436.83 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $23,300.00 | $273,210.88 | $90,550.00 | $81,063.17 |
| **TOTAL DISBURSEMENTS** | $23,300.00 | $329,647.71 | $146,986.83 | $137,500.00 |

4) This case was originally filed under chapter 7 on 07/17/2014.  The case was pending for 35 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  07/07/2017                    By: /s/ David R. Brown
                                           Trustee

**STATEMENT** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR ( 10 /1/2010)

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Fraudulent conveyance claim | 1241-000 | $137,500.00 |
| **TOTAL GROSS RECEIPTS** | | **$137,500.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | | None | |

## EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - David R. Brown | 2100-000 | NA | $10,125.00 | $10,125.00 | $10,125.00 |
| Charges, U.S. Bankruptcy Court | 2700-000 | NA | $350.00 | $350.00 | $350.00 |
| Bond Payments - International Sureties, Ltd. | 2300-000 | NA | $8.31 | $8.31 | $8.31 |
| Banking and Technology Service Fee - Rabobank, N.A. | 2600-000 | NA | $120.19 | $120.19 | $120.19 |
| Attorney for Trustee Fees (Other Firm) - Richard Hirsh | 3210-000 | NA | $45,833.33 | $45,833.33 | $45,833.33 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | **$56,436.83** | **$56,436.83** | **$56,436.83** |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Vincent and Donna Robertelli c/o Ms Gina B Krol | 7100-000 | NA | $249,910.88 | $67,250.00 | $67,250.00 |
| 2 | Village of Bloomingdale | 7100-000 | $23,300.00 | $23,300.00 | $23,300.00 | $13,813.17 |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$23,300.00** | **$273,210.88** | **$90,550.00** | **$81,063.17** |

**UST Form 101-7-TDR ( 10 /1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case No.:** 14-26414  
**Case Name:** NITTI CUSTOM BUILDERS AND DEVELOPER  
**For Period Ending:** 07/07/2017

**Trustee Name:** (330580) David R. Brown  
**Date Filed (f) or Converted (c):** 07/17/2014 (f)  
**§ 341(a) Meeting Date:** 08/12/2014  
**Claims Bar Date:** 01/14/2016

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Fraudulent conveyance claim (u) | 500,000.00 | 500,000.00 | | 137,500.00 | FA |
| 1 | Assets   Totals   (Excluding unknown values) | **$500,000.00** | **$500,000.00** | | **$137,500.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

On December 14, 2015, Trustee filed fraudulent conveyance action regarding transfer of Debtor's business and Trustee retained Special Counsel. Litigation continues and parties are engaged in settlement discussions. Discovery cut-off is 10/31/2016 and the next status is 11/4/2016.

**Initial Projected Date Of Final Report (TFR):**   09/15/2017   **Current Projected Date Of Final Report (TFR):**   03/17/2017 (Actual)

UST Form 101-7-TDR ( 10 /1/2010)

| | | | | Exhibit 9 |
|---|---|---|---|---|
| | | Form 2 | | Page: 1 |

## Cash Receipts And Disbursements Record

| Case No.: | 14-26414 | Trustee Name: | David R. Brown (330580) |
|---|---|---|---|
| Case Name: | NITTI CUSTOM BUILDERS AND DEVELOPER | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***5566 | Account #: | ******4566 Checking Account |
| For Period Ending: | 07/07/2017 | Blanket Bond (per case limit): | $77,173,558.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 11/16/2016 | | Chicago Title and Trust | net settlement proceeds | | 24,416.67 | | 24,416.67 |
| | {1} | Chicago Title | gross settlement proceeds $137,500.00 | 1241-000 | | | 24,416.67 |
| | | Vincent and Donna Robertelli c/o Ms Gina B Krol | satisffaction of claim -$67,250.00 | 7100-000 | | | 24,416.67 |
| | | Richard Hirsh | approved special counsel fees -$45,833.33 | 3210-000 | | | 24,416.67 |
| 11/30/2016 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.17 | 24,401.50 |
| 12/30/2016 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 35.00 | 24,366.50 |
| 01/31/2017 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 37.37 | 24,329.13 |
| 02/02/2017 | 101 | International Sureties, Ltd. | bond premium | 2300-000 | | 8.31 | 24,320.82 |
| 02/28/2017 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 32.65 | 24,288.17 |

{ } Asset Reference(s)     UST Form 101-7-TDR ( 10 /1/2010)     ! - transaction has not been cleared

Exhibit 9
Page: 2

# Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 14-26414 | Trustee Name: | David R. Brown (330580) |
|---|---|---|---|
| Case Name: | NITTI CUSTOM BUILDERS AND DEVELOPER | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***5566 | Account #: | ******4566 Checking Account |
| For Period Ending: | 07/07/2017 | Blanket Bond (per case limit): | $77,173,558.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 05/01/2017 | 102 | Clerk of the Bankruptcy Court | Dividend paid 100.00% on $350.00, Clerk of the Court Costs (includes adversary and other filing fees); Reference: | 2700-000 | | 350.00 | 23,938.17 |
| 05/01/2017 | 103 | David R. Brown | Dividend paid 100.00% on $10,125.00, Trustee Compensation; Reference: | 2100-000 | | 10,125.00 | 13,813.17 |
| 05/01/2017 | 104 | Village of Bloomingdale | Final Dividend paid 59.28% on $23,300.00; Claim# 2; Filed: $23,300.00; Reference: | 7100-000 | | 13,813.17 | 0.00 |
| | | | **COLUMN TOTALS** | | 24,416.67 | 24,416.67 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 24,416.67 | 24,416.67 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$24,416.67** | **$24,416.67** | |

{} Asset Reference(s)     UST Form 101-7-TDR ( 10 /1/2010)     ! - transaction has not been cleared

## Form 2

## Cash Receipts And Disbursements Record

Exhibit 9

Page: 3

| | | | | |
|---|---|---|---|---|
| **Case No.:** | 14-26414 | **Trustee Name:** | David R. Brown (330580) | |
| **Case Name:** | NITTI CUSTOM BUILDERS AND DEVELOPER | **Bank Name:** | Rabobank, N.A. | |
| **Taxpayer ID #:** | **-***5566 | **Account #:** | ******4566 Checking Account | |
| **For Period Ending:** | 07/07/2017 | **Blanket Bond (per case limit):** | $77,173,558.00 | |
| | | **Separate Bond (if applicable):** | N/A | |

| **TOTAL - ALL ACCOUNTS** | **NET DEPOSITS** | **NET DISBURSEMENTS** | **ACCOUNT BALANCES** |
|---|---|---|---|
| ******4566 Checking Account | $24,416.67 | $24,416.67 | $0.00 |
| | $24,416.67 | $24,416.67 | $0.00 |

**UST Form 101-7-TDR (10 /1/2010)**